IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN STATES INCOME SECURITY FUND,<br>Plaintiff, | No. C 06-3189 MEJ<br><br>**ORDER CLOSING FILE** |
| Plaintiff(s), | |
| vs. | |
| CHIMES PRINTING, INCORPORATED, etc., | |
| Defendant(s).                     / | |

    Pursuant to the Judgment Order signed on July 31, 2006, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: August 7, 2006

MARIA-ELENA JAMES
United States Magistrate Judge